# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JON J. EDELMAN,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>PETER LAZARE, et al.,<br><br>　　　Defendant(s). | Case No.: 2:19-cv-00666-RFB-NJK<br><br>**Order**<br><br>[Docket Nos. 35, 39] |

Pending before the Court is a motion to stay discovery pending resolution of Defendants' motions to dismiss. Docket Nos. 35, 38 (joinder). Plaintiff filed a response. Docket No. 40. Having considered the pertinent standards, *see, e.g.*, *Kor Media Grp., LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013), the motion to stay discovery is **GRANTED**. In the event resolution of the motions to dismiss does not result in termination of this case, the parties shall file a proposed discovery plan within 21 days of the resolution of those motions.[1]

IT IS SO ORDERED.

Dated: July 8, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The parties filed a stipulation to stay discovery on an interim basis pending resolution of the motion to stay discovery, Docket No. 39, which is **DENIED** as moot.

1